STATE of Maine

v.

James R. REYNOLDS.

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 13, 1989.
Decided Jan. 17, 1989.

R. Christopher Almy, Dist. Atty., Anne Murray, Philip C. Worden, Asst. Dist. Attys., Bangor, for plaintiff.

Perry O'Brian, Bangor, for defendant.

Before McKUSICK, C.J., and WATHEN, GLASSMAN, HORNBY and COLLINS, JJ.

MEMORANDUM OF DECISION.

The record on the appeal of James R. Reynolds from the judgment of the Superior Court (Penobscot County, *Beaulieu, J.*) entered on a jury verdict finding Reynolds guilty of violating 29 M.R.S.A. § 2184 (Supp.1988) discloses, contrary to the contention of Reynolds, that the jury rationally could have found beyond a reasonable doubt that he was the operator of the motor vehicle. *State v. Barry,* 495 A.2d 825 (Me.1985).

The entry is:

JUDGMENT AFFIRMED.

All concurring.

STATE of Maine

v.

Calvin FRANCIS.

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 19, 1989.
Decided Jan. 20, 1989.

R. Christopher Almy, Dist. Atty., Bangor, for plaintiff.

Charles W. Hodsdon, II, Bangor, for defendant.

Before McKUSICK, C.J., and GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

MEMORANDUM OF DECISION.

Calvin Francis appeals the judgment of the Superior Court (Penobscot County; *Silsby, J.*) entered on his conditional plea of guilty to the charge of operating under the influence. 29 M.R.S.A. § 1312 (1978 & Pamph. 1988). We find no merit in Francis' contention that the District Court (Bangor; *Kravchuk, J.*) erred in denying his motion to suppress the results of a blood alcohol test. On the evidence before it, the District Court committed no clear error in its factfinding that the officer requiring the blood test had probable cause to believe Francis had been operating under the influence. *See State v. Baker,* 502 A.2d 489, 491 (Me.1985).

The entry is:

JUDGMENT AFFIRMED.

All concurring.